DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SHAILIKA S. KOTIYA (CABN 308758)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7443
    Facsimile: (415) 436-7234
    shailika.kotiya@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 03-CR-00063-09 CRB |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL : ORDER |
| NOE ROMERO, a/k/a "Noe Romero Flores", | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Superseding Indictment against NOE ROMERO, without prejudice.

DATED:                                    Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

                                            _____/s/_____
                                            SHAILIKA S. KOTIYA
                                            Deputy Chief, OCDETF

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Leave is granted to the government to dismiss the Superseding Indictment against NOE |
| 3 | ROMERO, without prejudice. |

Date: December 5, 2019

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge